Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Danielle L. Manning (SBN 313272)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
E-mail: mgodino@glancylaw.com
 info@glancylaw.com

**Attorney for Plaintiffs**
Melissa Ryan and Daniel Ryan

Lisa Garcia (SBN 301362)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: 213-576-1000
E-mail: lisa.garcia@alston.com

**Attorney for Defendant**
Optum360 Services, Inc.

Amy P. Lally (SBN 198555)
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
E-mail: alally@sidley.com

**Attorney for Defendant**
Quest Diagnostics, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA RYAN and DANIEL RYAN, individually and on behalf of all others,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS, INC.; OPTUM360 SERVICES, INC.; and AMERICAN MEDICAL COLLECTION AGENCY,<br><br>Defendants. | [Assigned to the Honorable Jeffrey T. Miller]<br><br>Case No.: 3:19-cv-01098-JM(BLM)<br><br>**JOINT STATUS REPORT** |

In accordance with this Court's July 15, 2019 Order granting the parties' Joint Motion for Stay of Proceedings Pending Ruling on Consolidation and Transfer by JPML (Dkt. No. 6), the parties submit the following Joint Status Report:

On July 31, 2019, the Judicial Panel on Multidistrict Litigation (the "Panel") transferred to the District of New Jersey various actions for coordinated pre-trial proceedings pursuant to 28 U.S.C. § 1407 in the matter *In re: American Medical Collection Agency, Inc., Customer Data Security Breach Litigation*, MDL No. 2904. *See* - F.Supp.3d - (J.P.M.L. 2019). The following day, the Panel issued Conditional Transfer Order (CTO-1) identifying the instant action as one also to be transferred to the District of New Jersey under 28 U.S.C. § 1407. *See id.* Dkt. No. 139. As transfer of this action is imminent, the Parties respectfully request that this Court continue the stay in this action pending transfer to the District of New Jersey for pre-trial proceedings. *See* JPML Rule 2.1(d); Order at 1 ("This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.").

DATED: August 7, 2019         LIONEL Z. GLANCY

                                                   s/Lionel Z. Glancy
                                                   Lionel Z. Glancy
                                                   Marc L. Godino
                                                   Danielle L. Manning
                                                   **GLANCY PRONGAY & MURRAY LLP**
                                                   1925 Century Park East, Suite 2100
                                                   Los Angeles, CA 90067
                                                   Telephone: (310) 201-9150
                                                   Facsimile: (310) 201-9160

                                                   Attorney for Plaintiffs
                                                   **MELISSA RYAN and DANIEL RYAN**

| | | |
|---|---|---|
| 1 | DATED:  August 7, 2019 | LISA GARCIA |
| 2 | | s/Lisa Garcia |
| | | Lisa Garcia |
| 3 | | Lisa.garcia@alston.com |
| | | **ALSTON & BIRD LLP** |
| 4 | | 333 South Hope Street, Sixteenth Floor |
| | | Los Angeles, CA 90071 |
| 5 | | Telephone:  (213) 576-1000 |
| 6 | | Facsimile:  (213) 576-1100 |
| 7 | | Attorney for Defendant |
| | | **OPTUM360 SERVICES, INC.** |

DATED:  August 7, 2019        AMY P. LALLY

s/Amy P. Lally
Amy P. Lally (SBN 198555)
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
E-mail: alally@sidley.com

Attorney for Defendant
**QUEST DIAGNOSTICS, INC.**

<u>Signature Certification</u>

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Lionel Z. Glancy, Esq., counsel for Melissa Ryan and Daniel Ryan, and Amy P. Lally, Esq., counsel for Quest Diagnostics, Inc. and that I have obtained Mr. Glancy's and Ms. Lally's authorization to affix their electronic signatures to this document.

DATED: August 7, 2019        LISA GARCIA
                             **ALSTON & BIRD LLP**

                             s/Lisa Garcia
                             Lisa Garcia
                             Attorney for Defendant
                             **OPTUM360 SERVICES, INC.**

2

# CERTIFICATE OF SERVICE

I hereby certify that on **August 7, 2019**, I caused a copy of **JOINT STATUS REPORT** to be served upon counsel in the manner described below:

Via the Court's CM/ECF system:

| | |
|---|---|
| Amy P. Lally<br>**SIDLEY AUSTIN LLP**<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067 | Attorney for Defendant<br>**QUEST DIAGNOSTICS, INC.**<br><br>Telephone: (310) 595-9500<br>Facsimile: (310) 595-9501<br>alally@sidley.com |
| Lionel Z. Glancy<br>Marc L. Godino<br>Danielle L. Manning<br>**GLANCY PRONGAY & MURRAY LLP**<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 | Attorney for Plaintiffs<br>**MELISSA RYAN and DANIEL RYAN**<br>mgodino@glancylaw.com<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160 |

s/Lisa Garcia
Lisa Garcia
Attorney for Defendant
Optum360 Services, Inc.